IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAMONITA KING : | |
|     Plaintiff, : | |
| vs. : | CIVIL ACTON |
| : | |
| CITY OF PHILADELPHIA d/b/a : | No.  2:24-cv-01003 |
| PHILADELPHIA POLICE DEPARTMENT, : | |
| CAPTAIN JASON SMITH, LT. DANIEL : | |
| BROOKS, LT. HAMILTON MARSHMOND : | |
| and INSP. CHRISTOPHER WERNER : | |
| : | JURY TRIAL DEMANDED |
|     Defendants. : | |

**STIPULATION FOR EXTENSION OF TIME FOR FILING RESPONSE**

It is hereby **STIPULATED** and **AGREED** by and between counsel for Plaintiff, Kaitlin McCaffrey, Esquire, and counsel for Defendants, John Gonzales, Esquire, that Defendants have a an extension of time until April 29, 2024, to file a Response to Plaintiff's Complaint.

| | |
|---|---|
| **VAN DER VEEN HARTSHORN & LEVIN** | **MARSHALL DENNEHEY, P.C.** |
| /s/ *Kaitlin C. McCaffrey* | *[signature]* |
| KAITLIN C. MCCAFFREY, ESQUIRE | JOHN P. GONZALES, ESQUIRE |
| Attorney for Plaintiff, | Attorney for Defendants, |
| *Ramonita King* | *City of Philadelphia, Captain Jason Smith, Lt. Hamilton Marshmond, Insp. Christopher Werner, and Lt. Daniel Brooks* |
| Date: April 1, 2024 | Date: April 1, 2024 |

**BY THE COURT:**

/s/ Gerald Austin McHugh
_____ J.
4/11/24