IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAMONITA KING | : | |
| | : | CIVIL ACTION |
| v. | : | No. 24-1003 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

## ORDER

This 22nd day of July, 2024, it is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF 10) is **DENIED** as to Count I of Plaintiff's Complaint against Defendants Marshmond and Brooks for the reasons in the accompanying memorandum.

It is further **ORDERED** that Defendants' Motion is **GRANTED** as to Plaintiff's claim for punitive damages against Defendant City of Philadelphia d/b/a Philadelphia Police Department and this claim is hereby **DISMISSED with prejudice** upon agreement by the parties.

    /s/ Gerald Austin McHugh
United States District Judge