**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RAMONITA KING** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 24-1003** |
| | : | |
| **CITY OF PHILADLEPHIA** *et al.* | : | |

## ORDER

This 31st day of March, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment, ECF 32, is **GRANTED** in part and **DENIED** in part**.**  The Motion is granted as to Counts I, II, III, IV, and VI, and denied as to Counts V and VII.

 /s/ Gerald Austin McHugh
United States District Judge